## BENNETT and Others *v.* BLACK.

APPEAL from the *Wells* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed, for the reasons given in the case of *Snyder* v. *Studebaker*, at the present term.

Affirmed, with costs.

*John R. Coffroth*, for the appellant.

---

## PIERCY *v.* PIERCY.

APPEAL from the *Monroe* Circuit Court.

*Per Curiam.*—For the reasons given in a case at this term, between the same parties, this judgment can not be sustained.

The judgment is reversed, with costs. Cause remanded.

*McDonald* and *Roache*, and *S. H. Buskirk*, for the appellant.

*David Sheeks*, for the appellee.